**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-00981-CMA-MEH

HEIDI GILBERT,
AMBER MEANS,
MANDY MELOON,
GABRIELA JOSLIN, and
JANE DOES 6-50,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

UNITED STATES OLYMPIC COMMITTEE,
USA TAEKWONDO INC.,
STEVEN LOPEZ,
JEAN LOPEZ, and
JOHN DOES 1-5,

    Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for United States Olympic Committee.

DATED this 31st day of July, 2018.

    /s/ Carolyn Kubota

    Carolyn J. Kubota
    COVINGTON & BURLING LLP
    1999 Avenue of the Stars,
    Suite 3500
    Los Angeles, CA 90067-4643
    Telephone: 424-332-4800
    Facsimile: 424-332-4749
    ckubota@cov.com
    *Attorney for Defendant United States Olympic Committee*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on the 31st day of July, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                  /s/ Carolyn Kubota_____

                  Carolyn J. Kubota
                  COVINGTON & BURLING LLP
                  1999 Avenue of the Stars,
                  Suite 3500
                  Los Angeles, CA 90067-4643
                  Telephone: 424-332-4800
                  Facsimile: 424-332-4749
                  ckubota@cov.com