| | |
|---|---|
| **From:** | B. Robert Allard <rallard@cmalaw.net> |
| **Sent:** | Wednesday, December 19, 2018 10:01 PM |
| **To:** | Nathan Huey; 'Sarah Bradshaw'; Barnhart, Lindsey; chunter@hkm.com; howard.jacobs@athleteslawyer.com; jcraver@wsteele.com; jfishman@hkm.com; jmark@wsteele.com; Julie Cook; kathleen.pritchard@dgslaw.com; kta@bhgrlaw.com; lindsay.brandon@athleteslawyer.com; Mike.Kotlarczyk@dgslaw.com; sean@sconnellylaw.com; Thomas Quinn; Lillian Alves; Jolley, David; Kubota, Carolyn; Kamin, Mitchell A; Fields, Michael; Denuyl, David S |
| **Cc:** | Rex Sharp; Ryan Hudson; Larkin Walsh; Dan Lipman; Stephen Estey; Jonathan Little; Lauren Cerri; Mark Boskovich |
| **Subject:** | RE: Gilbert v. Lopez: meet and confer re PO for witness |

So… I am sorry. For one to "object", that means that you are trial counsel. I thought Mr. Quinn was that person for USAT. I note that you are "of counsel". Would someone please notify plaintiffs as to who the person of authority is for USAT? We want to avoid engaging the peanut gallery.

Robert Allard, Esq.
Corsiglia, Mc Mahon and Allard, LLP
96 North Third Street, Suite 620
San Jose, CA 95112
(408) 289-1417
(408) 289-8127 (fax)
rallard@cmalaw.net
www.cmalaw.net

-------------------------------------------------------------------------------

**Confidentiality Notice:** This electronic mail transmission is intended only for the addressee. It contains information from Corsiglia, McMahon & Allard that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination, distribution, or copying of this by anyone other than the addressee or the addressee's agent is strictly prohibited. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive the privilege or confidentiality. If you have received this transmission in error, please alert the sender either by calling Corsiglia, McMahon & Allard immediately at 408-289-1417 or by replying to this message. We also request that you immediately delete this message and its attachment(s), if any.

---

**From:** Nathan Huey
**Sent:** Wednesday, December 19, 2018 4:40 PM
**To:** B. Robert Allard ; 'Sarah Bradshaw' ; Barnhart, Lindsey ; chunter@hkm.com; howard.jacobs@athleteslawyer.com; jcraver@wsteele.com; jfishman@hkm.com; jmark@wsteele.com; Julie Cook ; kathleen.pritchard@dgslaw.com; kta@bhgrlaw.com; lindsay.brandon@athleteslawyer.com; Mike.Kotlarczyk@dgslaw.com; sean@sconnellylaw.com; Thomas Quinn ; Lillian Alves ; Jolley, David ; Kubota, Carolyn ; Kamin, Mitchell A ; Fields, Michael ; Denuyl, David S
**Cc:** Rex Sharp ; Ryan Hudson ; Larkin Walsh ; Dan Lipman ; Stephen Estey ; Jonathan Little ; Lauren Cerri ; Mark Boskovich
**Subject:** RE: Gilbert v. Lopez: meet and confer re PO for witness

Indeed. Plaintiffs' proposed solution also would be prejudicial to USAT. If you would like to discuss other possible solutions, we'd be happy to do so.

---

1

Exhibit A

**NATHAN A. HUEY** | Of Counsel
**GORDON & REES**
**SCULLY MANSUKHANI**

201 W. Main St., Ste. 101
Missoula, MT 59802
D: 406-203-5808

555 Seventeenth Street, Suite 3400
Denver, CO 80202
D: 303-200-6842
**nhuey@grsm.com**

vCard

Alabama | Arizona | California | Colorado | Connecticut | Delaware | District of Columbia
Florida | Georgia | Illinois | Kentucky | Louisiana | Maryland | Massachusetts | Michigan
Missouri | Montana| Nebraska | Nevada | New Jersey | New York | North Carolina | Ohio
Oklahoma | Oregon | Pennsylvania | Rhode Island | South Carolina | South Dakota
Tennessee |Texas | Utah | Virginia | Washington | West Virginia | Wisconsin

www.grsm.com

---

**From:** B. Robert Allard <rallard@cmalaw.net>
**Sent:** Wednesday, December 19, 2018 5:37 PM
**To:** Nathan Huey <nhuey@grsm.com>; 'Sarah Bradshaw' <Sbradshaw@midwest-law.com>; Barnhart, Lindsey <LBarnhart@cov.com>; chunter@hkm.com; howard.jacobs@athleteslawyer.com; jcraver@wsteele.com; jfishman@hkm.com; jmark@wsteele.com; Julie Cook <julie@parkerlipman.com>; kathleen.pritchard@dgslaw.com; kta@bhgrlaw.com; lindsay.brandon@athleteslawyer.com; Mike.Kotlarczyk@dgslaw.com; sean@sconnellylaw.com; Thomas Quinn <tquinn@grsm.com>; Lillian Alves <lalves@grsm.com>; Jolley, David <djolley@cov.com>; Kubota, Carolyn <ckubota@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Fields, Michael <MFields@cov.com>; Denuyl, David S <DDenuyl@cov.com>
**Cc:** Rex Sharp <rsharp@midwest-law.com>; Ryan Hudson <rhudson@midwest-law.com>; Larkin Walsh <lwalsh@midwest-law.com>; Dan Lipman <dan@parkerlipman.com>; Stephen Estey <steve@estey-bomberger.com>; Jonathan Little <jon@sllawfirm.com>; Lauren Cerri <lcerri@cmalaw.net>; Mark Boskovich <mboskovich@cmalaw.net>
**Subject:** RE: Gilbert v. Lopez: meet and confer re PO for witness

Is this a serious email?

Robert Allard, Esq.
Corsiglia, Mc Mahon and Allard, LLP
96 North Third Street, Suite 620
San Jose, CA 95112
(408) 289-1417
(408) 289-8127 (fax)
rallard@cmalaw.net
www.cmalaw.net
--------------------------------------------------------------------------------
**Confidentiality Notice:** This electronic mail transmission is intended only for the addressee. It contains information from Corsiglia, McMahon & Allard that may be privileged, confidential and exempt from disclosure under applicable law. Dissemination, distribution, or copying of this by anyone other than the addressee or the addressee's agent is strictly prohibited. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive the privilege or confidentiality. If you have received this transmission in error, please alert the sender either by calling Corsiglia, McMahon & Allard immediately at

Exhibit A

408-289-1417 or by replying to this message. We also request that you immediately delete this message and its attachment(s), if any.

---

**From:** Nathan Huey <nhuey@grsm.com>
**Sent:** Wednesday, December 19, 2018 3:55 PM
**To:** 'Sarah Bradshaw' <Sbradshaw@midwest-law.com>; Barnhart, Lindsey <LBarnhart@cov.com>; chunter@hkm.com; howard.jacobs@athleteslawyer.com; jcraver@wsteele.com; jfishman@hkm.com; jmark@wsteele.com; Julie Cook <julie@parkerlipman.com>; kathleen.pritchard@dgslaw.com; kta@bhgrlaw.com; lindsay.brandon@athleteslawyer.com; Mike.Kotlarczyk@dgslaw.com; sean@sconnellylaw.com; Thomas Quinn <tquinn@grsm.com>; Lillian Alves <lalves@grsm.com>; Jolley, David <djolley@cov.com>; Kubota, Carolyn <ckubota@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Fields, Michael <MFields@cov.com>; Denuyl, David S <DDenuyl@cov.com>
**Cc:** Rex Sharp <rsharp@midwest-law.com>; Ryan Hudson <rhudson@midwest-law.com>; Larkin Walsh <lwalsh@midwest-law.com>; B. Robert Allard <rallard@cmalaw.net>; Dan Lipman <dan@parkerlipman.com>; Stephen Estey <steve@estey-bomberger.com>; Jonathan Little <jon@sllawfirm.com>; Lauren Cerri <lcerri@cmalaw.net>; Mark Boskovich <mboskovich@cmalaw.net>
**Subject:** RE: Gilbert v. Lopez: meet and confer re PO for witness

USAT objects because, among other reasons, Plaintiffs have not identified any threats allegedly made by USAT against the unidentified witness.

---

**NATHAN A. HUEY** | Of Counsel
**GORDON & REES**
**SCULLY MANSUKHANI**

201 W. Main St., Ste. 101
Missoula, MT 59802
D: 406-203-5808

555 Seventeenth Street, Suite 3400
Denver, CO 80202
D: 303-200-6842
**nhuey@grsm.com**

**vCard**

Alabama | Arizona | California | Colorado | Connecticut | Delaware | District of Columbia
Florida | Georgia | Illinois | Kentucky | Louisiana | Maryland | Massachusetts | Michigan
Missouri | Montana | Nebraska | Nevada | New Jersey | New York | North Carolina | Ohio
Oklahoma | Oregon | Pennsylvania | Rhode Island | South Carolina | South Dakota
Tennessee | Texas | Utah | Virginia | Washington | West Virginia | Wisconsin

www.grsm.com

---

**From:** Sarah Bradshaw <Sbradshaw@midwest-law.com>
**Sent:** Tuesday, December 18, 2018 3:09 PM
**To:** Barnhart, Lindsey <LBarnhart@cov.com>; chunter@hkm.com; howard.jacobs@athleteslawyer.com; jcraver@wsteele.com; jfishman@hkm.com; jmark@wsteele.com; Julie Cook <julie@parkerlipman.com>; kathleen.pritchard@dgslaw.com; kta@bhgrlaw.com; lindsay.brandon@athleteslawyer.com; Mike.Kotlarczyk@dgslaw.com; Nathan Huey <nhuey@grsm.com>; sean@sconnellylaw.com; Thomas Quinn <tquinn@grsm.com>; Lillian Alves <lalves@grsm.com>; Jolley, David <djolley@cov.com>; Kubota, Carolyn <ckubota@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Fields, Michael <MFields@cov.com>; Denuyl, David S <DDenuyl@cov.com>
**Cc:** Rex Sharp <rsharp@midwest-law.com>; Ryan Hudson <rhudson@midwest-law.com>; Larkin Walsh

3

Exhibit A

<lwalsh@midwest-law.com>; B. Robert Allard <rallard@cmalaw.net>; Dan Lipman <dan@parkerlipman.com>; Stephen Estey <steve@estey-bomberger.com>; Jonathan Little <jon@sllawfirm.com>; Lauren Cerri <lcerri@cmalaw.net>; Mark Boskovich <mboskovich@cmalaw.net>
**Subject:** Gilbert v. Lopez: meet and confer re PO for witness

Counsel,

We have recently been informed of a witness who has discoverable information generally relating to Plaintiffs' allegations. The witness has not previously come forward because he is fearful of retaliation by the Lopezes and/or USAT. The witness has expressed to counsel that Jean Lopez has made threats on his life, which he believes are credible, and that he feels strongly his participation in this litigation could put himself and his family in danger. Accordingly, and for good cause, Plaintiffs intend to file a proposed protective order, which seeks to: (1) Keep the name/identity of the witness and the documents provided by this witness AEO and (2) Preclude attendance at his deposition by anyone except counsel, in accordance with Fed.R.Civ.P. 26(c)(1)(e).

Please provide me with your respective positions regarding the request for the PO. Thanks.



Sarah Bradshaw
Attorney
Sharp Law | Rex A. Sharp, PA
5301 West 75th Street | Prairie Village, KS 66208
(913) 602-8651
www.midwest-law.com

---

Alabama * Arizona * California * Colorado * Connecticut * Florida * Georgia * Illinois * Kentucky * Louisiana * Maryland * Massachusetts * Missouri * Nebraska * Nevada * New Jersey * New York * North Carolina * Ohio * Oklahoma * Oregon * Pennsylvania * South Carolina * South Dakota * Texas * Utah * Virginia * Washington * Washington, DC * West Virginia * Wisconsin

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
http://www.grsm.com