# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00981-CMA-MEH

HEIDI GILBERT,
AMBER MEANS,
MANDY MELOON,
GABRIELA JOSLIN,
KAY POE, and
JANE DOES 6-50,
On behalf of themselves and
others similarly situated,

    Plaintiffs,

v.

UNITED STATES OLYMPIC COMMITTEE,
USA TAEKWONDO INC.,
U.S. CENTER FOR SAFESPORT,
STEVEN LOPEZ,
JEAN LOPEZ, and
JOHN DOES 1-5,

    Defendants.

## NOTICE OF RULE 41 VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT U.S. CENTER FOR SAFESPORT

The above-named Plaintiffs, by and through their attorneys of record, hereby voluntarily dismiss their claims against the U.S. Center for SafeSport (and only this defendant) in the above-captioned matter, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), mooting the pending motion (Doc. 105) and recommendation (Doc. 218), each party to bear its own fees and costs.

Dated this 20th day of March, 2019.

*/s/ Rex A. Sharp*
Rex A. Sharp
Ryan C. Hudson
Larkin E. Walsh
Sarah T. Bradshaw
REX A. SHARP, P.A.
5301 West 75th Street
Prairie Village, KS  66208
913-901-0505
913-901-0419 (fax)
rsharp@midwest-law.com
rhudson@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

2

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing document was filed and served, via the CM/ECF system on March 20, 2019, on all counsel of record.

                                        *(A duly signed original is available at the office of Rex A. Sharp, PA)*

                By:    <u>*Rex A. Sharp*</u>
                          Attorney for Plaintiffs