IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00981-CMA-MEH

HEIDI GILBERT,
AMBER MEANS,
MANDY MELOON,
GABRIELA JOSLIN,
KAY POE, and
JANE DOES 6–50,

    Plaintiffs,

v.

UNITED STATES OLYMPIC COMMITTEE,
USA TAEKWONDO, INC.,
STEVEN LOPEZ,
JEAN LOPEZ, and
JOHN DOES 1–5,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2019.**

At the request of the parties, the Status Conference currently set for August 1, 2019 is **vacated**. If the parties determine that a status conference ultimately may be productive, they may contact this Court by email to request a setting.