IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00981-CMA-MEH

HEIDI GILBERT,
AMBER MEANS,
MANDY MELOON,
GABRIELA JOSLIN,
KAY POE, and
JANE DOES 6–50,

    Plaintiffs,

v.

UNITED STATES OLYMPIC COMMITTEE,
USA TAEKWONDO, INC.,
U.S. CENTER FOR SAFESPORT,
STEVEN LOPEZ,
JEAN LOPEZ, and
JOHN DOES 1–5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 5, 2019.**

    At the request of the parties, the Court will hold a Discovery Conference on Wednesday, **August 7, 2019, at 1:30 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Counsel may appear at the conference by telephone. All counsel appearing by phone shall first teleconference together, then call my chambers at (303) 844-4507 at the appointed time.

    In advance of the conference, the parties may each prepare a short statement identifying the nature of the dispute(s) and send the statements by email to *hegarty_chambers@cod.uscourts.gov*. These materials shall be submitted before **noon on August 6, 2019**.