IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 1:18-cv-00981-CMA-MEH | Date:  August 7, 2019 |
| Courtroom Deputy: Christopher Thompson | FTR:   Courtroom A 501 |

*Parties:*

HEIDI GILBERT, et al,

   Plaintiffs,

v.

UNITED STATES OLYMPIC COMMITTEE,

USA TAEKWONDO, INC.,

STEVEN LOPEZ,
JEAN LOPEZ,
*And John Does 1-5,*

   Defendants.

*Counsel:*

Larkin Walsh by phone
Daniel Lipman by phone
Stephen Estey by phone

Lindsey Barnhart by phone
Mitchell Kamin by phone
Lillian Alves

Howard Jacobs by phone

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**    1:33 p.m.

Court calls case.  Appearances of counsel.  Special Master Maura Grossman is present by telephone.

Parties updated the Court on the status of discovery.  Parties discussed dispute related to the grand jury subpoena served on plaintiffs.  Parties discussed conferring on whether to amend or supplement the protective order.

**ORDERED:** Parties shall draft a proposed order for the Court's approval regarding the subpoena issue.

**Court in recess:**    1:57 p.m.    Hearing concluded.
Total in-court time    00:18

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.