**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-00981-CMA-MEH

HEIDI GILBERT,
AMBER MEANS,
MANDY MELOON,
GABRIELA JOSLIN, and
KAY POE,
On behalf of themselves and
others similarly situated,

      Plaintiffs,

v.

UNITED STATES OLYMPIC COMMITTEE,
USA TAEKWONDO INC.,
STEVEN LOPEZ,
JEAN LOPEZ, and
JOHN DOES 1-5,

      Defendants.

---

**NOTICE OF RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS
AGAINST DEFENDANT U.S. OLYMPIC COMMITTEE**

---

The above-named Plaintiffs, by and through their attorneys of record, hereby voluntarily dismiss their claims against Defendant The United States Olympic Committee (and only this defendant) in the above-captioned matter *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), each party to bear its own fees and costs.

Dated this 30th day of September 2019.

                                    */s/ Rex A. Sharp*
                                    Rex A. Sharp
                                    Ryan C. Hudson
                                    Larkin E. Walsh

Sarah T. Bradshaw
REX A. SHARP, P.A.
5301 West 75th Street
Prairie Village, KS  66208
913-901-0505
913-901-0419 (fax)
rsharp@midwest-law.com
rhudson@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing document was filed and served, via the CM/ECF system on September 30, 2019, on all counsel of record.

*(A duly signed original is available at the office of Rex A. Sharp, PA)*

By: <u>Rex A. Sharp</u>
Attorney for Plaintiffs