IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00981-CMA-MEH

HEIDI GILBERT,
AMBER MEANS,
MANDY MELOON,
GABRIELA JOSLIN,
KAY POE, and
JANE DOES 6–50, *on behalf of themselves and all others similarly situated*,

      Plaintiffs,

v.

USA TAEKWONDO, INC.,
U.S. CENTER FOR SAFESPORT,
STEVEN LOPEZ,
JEAN LOPEZ, and
JOHN DOES 1–5,

      Defendants.
_____

## MINUTE ORDER
_____
**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 7, 2019.**

      This matter comes before the Court sua sponte.  Any attorney who intends to participate at the trial in this matter **shall** appear in person at the Status Conference scheduled before this Court on October 10, 2019.  The Court will not entertain any requests to appear by telephone.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C.COLO.LCivR 83.2(b).