IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00981-CMA-MEH

HEIDI GILBERT,
AMBER MEANS,
MANDY MELOON,
GABRIELA JOSLIN,
KAY POE,

    Plaintiffs,

v.

USA TAEKWONDO, INC.,
STEVEN LOPEZ,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

The parties have informed the Court that they have agreed to mediate on February 19, 2020. They have identified discovery disputes. To avoid incurring the additional expense of resolving discovery disputes and conducting depositions and to facilitate a successful mediation, the parties have requested extension of the deadlines imposed in the Court's Minute Order of October 21, 2019. The Court being fully advised on the matter GRANTS the request for good cause shown and modifies the deadlines as follows:

**Complete production of documents**: March 5, 2020

**Discovery cutoff**:  April 16, 2020

**Initial Rule 26(a)(2) Disclosures**: June 2, 2020

**Rebuttal Rule 26(a)(2) Disclosures**: July 2, 2020

**Dispositive Motion Deadline**: September 30, 2020

**Final Pretrial Conference**: November 19, 2020 at 10:30 a.m. before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse. In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chambers' email account at hegarty_chambers@cod.uscourts.gov **one week prior to the conference**.

Dated at Denver, Colorado this 13th day of January, 2020.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge