**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:18-CV-00981-CMA-MEH

Heidi Gilbert,
Amber Means,
Mandy Meloon,
Gabriela Joslin, and
Kay Poe,
                    Plaintiffs,

v.

U.S.A. Taekwondo, Inc. and
Steven Lopez,

                    Defendants.

---

**DEFENDANT STEVEN LOPEZ'S ANSWER TO THIRD AMENDED COMPLAINT**

---

COMES NOW DEFENDANT STEVEN LOPEZ, and in response to the Plaintiffs' Third Amended Complaint, admits, denies and alleges as follows:

1.      In response to Paragraphs 1-7 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

2.      In response to Paragraphs 8-9 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

3.      In response to Paragraph 10 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraph.

1

4.      In response to Paragraphs 11-12 of the Third Amended Complaint, Defendant Steven Lopez admits that SafeSport briefly banned Jean Lopez before that ban was overturned following an independent arbitration conducted under the SafeSport Code. As to the remaining allegations, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every remaining allegation contained in said paragraphs.

5.      In response to Paragraphs 13-17 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

6.      In response to Paragraphs 18-19 of the Third Amended Complaint, Defendant Steven Lopez admits each and every allegation contained in said paragraphs.

7.      In response to Paragraph 20 of the Third Amended Complaint, Defendant Steven Lopez admits that he is depicted along with his sister in a photograph with now-President Trump.  As to the remaining allegations, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every remaining allegation contained in said paragraph.

8.      In response to Paragraph 21 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraph.

9.      In response to Paragraph 22 of the Third Amended Complaint, Defendant Steven Lopez admits that it depicts photographs of the twitter pages of Jean Lopez and Steven Lopez.

10.     In response to Paragraph 23 of the Third Amended Complaint, Defendant Steven Lopez denies that he is a "serial rapist of young athletes."  As to the remaining allegations, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every remaining allegation contained in said paragraph.

11.     In response to Paragraphs 24-25 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

12.     In response to Paragraph 26 of the Third Amended Complaint, Defendant Steven Lopez denies a "decades long pattern of sexual misconduct;" denies that he "shattered the innocence and dreams of numerous young athletes;" and denies that he has "violated numerous federal and state laws."  As to the remaining allegations, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every remaining allegation contained in said paragraph.

13.     In response to Paragraph 27 of the Third Amended Complaint, Defendant Steven Lopez denies that he has preyed on Team USA's athletes.  As to the remaining allegations, Defendant Steven Lopez lacks sufficient information to form a belief as to the

truth of the allegations contained therein, and on that basis denies each and every remaining allegation contained in said paragraph.

14.     In response to Paragraphs 28-49 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

15.     In response to Paragraph 50-51 of the Third Amended Complaint, Defendant Steven Lopez admits each and every allegation contained in said paragraphs.

16.     In response to Paragraphs 52-53 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

17.     In response to Paragraph 54-55 of the Third Amended Complaint, Defendant Steven Lopez admits each and every allegation contained in said paragraphs.

18.     In response to Paragraphs 56 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

19.     In response to Paragraph 57-59 of the Third Amended Complaint, Defendant Steven Lopez admits each and every allegation contained in said paragraphs.

20.     In response to Paragraph 60 of the Third Amended Complaint, Defendant Steven Lopez states that it is unintelligible as phrased, and on that basis, he can neither admit nor deny the allegations contained therein.

21.     In response to Paragraph 61 of the Third Amended Complaint, Defendant Steven Lopez admits that this Court has federal question jurisdiction over the limited remaining claims against him.

22.     In response to Paragraph 62 of the Third Amended Complaint, Defendant Steven Lopez admits that venue is appropriate in this district.

23.     In response to Paragraphs 63-79 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

24.     In response to Paragraph 80 of the Third Amended Complaint, Defendant Steven Lopez denies that "sexual services were demanded on command by … Steven Lopez.  As to the remaining allegations, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every remaining allegation contained in said paragraph.

25.     In response to Paragraphs 81-89 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

26.     In response to Paragraph 90 of the Third Amended Complaint, Defendant Steven Lopez denies all of the allegations that are made against Steven Lopez.  As to the remaining allegations, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every remaining allegation contained in said paragraph.

27.     In response to Paragraphs 91-137 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

28.     In response to Paragraph 138 of the Third Amended Complaint, Defendant Steven Lopez denies that he engaged in a sexual relationship with Charlotte Craig before the 2008 Olympics.  As to the remaining allegations, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every remaining allegation contained in said paragraph.

29.     In response to Paragraphs 139-159 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

30.     In response to Paragraph 160 of the Third Amended Complaint, Defendant Steven Lopez admits that he competed at the 2016 Olympics.  As to the remaining allegations, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every remaining allegation contained in said paragraph.

31.     In response to Paragraph 161 of the Third Amended Complaint, Defendant Steven Lopez admits that he was coached by Jean Lopez at the 2016 Olympics.  As to the remaining allegations, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every remaining allegation contained in said paragraph.

6

32.     In response to Paragraphs 162-177 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

33.     In response to Paragraph 178 of the Third Amended Complaint, Defendant Steven Lopez admits each and every allegation contained in said paragraph.

34.     In response to Paragraphs 179-211 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

35.     In response to Paragraph 212 of the Third Amended Complaint, Defendant Steven Lopez admits that he has, at various times, received funding from USAT.

36.     In response to Paragraphs 213-217 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

37.     In response to Paragraph 218 of the Third Amended Complaint, Defendant Steven Lopez admits each and every allegation contained in said paragraph.

38.     In response to Paragraphs 219-279 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

39.     In response to Paragraph 280 of the Third Amended Complaint, Defendant Steven Lopez admits that he had a consensual sexual relationship with Mandy Meloon.

40.     In response to Paragraph 281 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraph.

41.     In response to Paragraphs 282-285 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

42.     In response to Paragraph 286 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraph.

43.     In response to Paragraphs 287-291 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

44.     In response to Paragraphs 292-409 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

45.     In response to Paragraphs 410-411 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

46.     In response to Paragraph 412 of the Third Amended Complaint, Defendant Steven Lopez admits each and every allegation contained in said paragraph.

47.     In response to Paragraphs 413-465 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

48.     In response to Paragraphs 466-467 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

49.     In response to Paragraph 468 of the Third Amended Complaint, Defendant Steven Lopez admits that he was funded for the competition in Bonn, Germany by USAT.

50.     In response to Paragraphs 469-479 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

51.     In response to Paragraphs 480-512 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

52.     In response to Paragraph 513 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

53.     In response to Paragraphs 514-527 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

54.     In response to Paragraph 528 of the Third Amended Complaint, Defendant Steven Lopez admits that he attended the 2006 USAT Nationals in Cleveland, Ohio.

55.     In response to Paragraphs 529-533 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

56.     In response to Paragraphs 534-537 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

57.     In response to Paragraphs 538-546 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

58.     In response to Paragraphs 547-561 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

59.     In response to Paragraph 562 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

60.     In response to Paragraphs 563-582 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

61.     In response to Paragraph 583 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

62.     In response to Paragraphs 584-587 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

63.     In response to Paragraph 588 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

64.     In response to Paragraphs 589-594 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

65.     In response to Paragraph 595 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

66.     In response to Paragraphs 596-601 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

67.     In response to Paragraph 602 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

68.     In response to Paragraphs 603-606 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

69.     In response to Paragraph 607 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

70.     In response to Paragraphs 608-618 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

71.     In response to Paragraph 619 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

72.     In response to Paragraphs 620-624 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

73.     In response to Paragraph 625 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

74.     In response to Paragraphs 626-634 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

75.     In response to Paragraph 635 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

76.     In response to Paragraphs 636-639 of the Third Amended Complaint, Defendant Steven Lopez denies each and every allegation contained therein.

77.     In response to Paragraph 640 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

78.     In response to Paragraphs 641-699 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

79.     In response to Paragraph 700 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

80.     In response to Paragraphs 701-757 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

81.     In response to Paragraph 758 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

82.     In response to Paragraphs 759-815 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

83.     In response to Paragraph 816 of the Third Amended Complaint, Defendant Steven Lopez incorporates by reference each and every response contained in the preceding paragraphs as if fully set forth herein.

84.     In response to Paragraphs 817-874 of the Third Amended Complaint, Defendant Steven Lopez lacks sufficient information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation contained in said paragraphs.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Third Amended Complaint fails to state facts sufficient to constitute any cause of action against Defendant Steven Lopez.

## SECOND AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiffs have failed to mitigate or attempt to mitigate damages, if in fact any damages have or will be sustained and any recovery by Plaintiffs are barred by reason thereof.

## THIRD AFFIRMATIVE DEFENSE

### (Laches)

Plaintiffs' Third Amended Complaint, and each and every claim for relief alleged against Defendant Steven Lopez therein, is barred by the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

### (Statutes of Limitations)

Plaintiffs' Third Amended Complaint, and each and every claim for relief therein, is barred by the applicable statutes of limitations.

## FIFTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiffs are estopped from any recovery against Defendant Steven Lopez, based upon their actions at issue and in this case.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

By virtue of their actions in connection with the events alleged in the Third Amended Complaint, Plaintiffs have waived in whole or in part their right, if any, to assert claims against Defendant Steven Lopez.

## SEVENTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

Plaintiffs' damages, if any, were caused in whole or in part by Plaintiffs' own fault or negligence and/or the fault or negligence of others. Any recovery by Plaintiffs against Defendant Steven Lopez should be reduced by the percentage of fault or

14

negligence attributable to Plaintiffs and/or others.

## EIGHTH AFFIRMATIVE DEFENSE

### (No Proximate Causation)

Any negligence or other fault, act or omission on the part of Defendant Steven Lopez, if any, was neither the cause in fact nor the proximate cause of Plaintiffs' injuries or damages, if any.  Rather, any such alleged breaches, acts or omissions, if any, were only secondary, inconsequential and indirect, and in no way contributed to or caused the alleged injuries or damages to Plaintiffs.

## NINETH AFFIRMATIVE DEFENSE

### (Spoliation of Evidence)

Plaintiffs are barred from any recovery as a result of spoliation of the evidence.

## TENTH AFFIRMATIVE DEFENSE

### (Equitable Indemnity)

If any fault or negligence is found on the part of Defendant Steven Lopez, said fault or negligence should be compared with the fault and negligence of Plaintiffs, other parties, and/or other persons (named or unnamed), apportioned in line with equitable indemnity and equitable apportionment principles.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Reservation)

Defendant Steven Lopez reserves the right to amend this Answer and add further affirmative defenses as necessary and as necessitated due to further investigation/discovery.

**WHEREFORE**, Defendant Steven Lopez prays for judgment as follows:

1.      That Plaintiffs take nothing on their Third Amended Complaint;

2.      That judgment be entered for Defendant Steven Lopez and against Plaintiffs;

3.     That Defendant Steven Lopez be awarded his costs of suit, including applicable attorneys' fees; and

4.     That the Court award such further and other relief as it deems just and proper.

Respectfully submitted this 19th Day of March, 2020.

s/ Kathleen T. Alt
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO  80302
Telephone:  (303) 402-1600
Facsimile:  (303) 402-1601
Email:  kta@bhgrlaw.com

s/ Howard L. Jacobs
Law Offices of Howard L. Jacobs
31111 Agoura Rd., Suite 225
Westlake Village, California 91361
Telephone:  (805) 418-9892
Facsimile:  (805) 418-9899
Email:  howard.jacobs@athleteslawyer.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and the Court's Local Rules, the undersigned hereby certifies that on this day, March 19, 2020, a copy of the foregoing document entitled ***DEFENDANT STEVEN LOPEZ'S ANSWER TO THIRD AMENDED COMPLAINT*** was filed and served through the Court's electronic filing system (CM/ECF) upon all registered parties and their counsel.

s/ Kathleen T. Alt
Berg Hill Greenleaf Ruscitti LLP
1712 Pearl Street
Boulder, CO  80302
Telephone:  (303) 402-1600
Facsimile:  (303) 402-1601
Email:  kta@bhgrlaw.com