IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00981-CMA-MEH

HEIDI GILBERT,
AMBER MEANS,
MANDY MELOON
GABRIELA JOSLIN, and
KAY POE,

    Plaintiffs,

v.

USA TAEKWONDO, INC., and
STEVEN LOPEZ,

    Defendants.

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Please be advised that Markel Insurance Company ("MIC"), USA Taekwondo, Inc. ("USAT"), Heidi Gilbert, Amber Means, Mandy Meloon, Gabriela Joslin and Kay Poe (collectively, "Plaintiffs") have reached a settlement in principle with respect to Markel Insurance Company's Complaint in Intervention for Declaratory and Injunctive Relief ("Intervention Complaint") [ECF 405] and Plaintiffs' Counterclaims [ECF 411]. Upon finalization of all necessary settlement documents, estimated to be within 30 days, MIC, USAT and Plaintiffs will submit a Stipulation for Dismissal with Prejudice. MIC files this Joint Notice with consent of counsel for USAT and Plaintiffs.

Dated:  August 2, 2021

                                        Respectfully submitted,

                                        By _Leena Soni_

        Matthew J. Fink
        Leena Soni
        Stephanie M. Flowers
        NICOLAIDES FINK THORPE
        MICHAELIDES SULLIVAN LLP
        10 South Wacker Drive, Suite 2100
        Chicago, IL 60606
        (312) 585-1400/(312) 585-1401
        mfink@nicolaidesllp.com
        lsoni@nicolaidesllp.com
        sflowers@nicolaidesllp.com
        ***Counsel for Plaintiff, Markel Insurance Company***