# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

**Civil Action No. 18-cv-00981-CMA-MEH**

HEIDI GILBERT,
AMBER MEANS,
MANDY MELOON
GABRIELA JOSLIN, and
KAY POE,

    *Plaintiffs*,

v.

USA Taekwondo, Inc., and
STEVEN LOPEZ,

    *Defendants*.

and

MARKEL INSURANCE COMPANY,

    *Plaintiff-in-Intervention,*

v.

HEIDI GILBERT, AMBER MEANS,
MANDY MELOON, GABRIELA JOSLIN,
KAY POE, USA TAEKWONDO, INC.,
and STEVEN LOPEZ,

    *Defendants-in-Intervention.*

---

**RULE 41(a)(1)(A) NOTICE and
STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF:
(1) PLAINTIFFS' CLAIMS AGAINST USAT SET FORTH IN UNDERLYING
COMPLAINT (Doc. 293, in part);
(2) MARKEL INS. COMPLAINT-IN-INTERVENTION (Doc. 405), AND
(3) COUNTERCLAIMS OF DEFENDANTS-IN-INTERVENTION (Doc. 411)**

---

(1)     Plaintiffs Amber Means, Gaby Joslin, Heidi Gilbert, Mandy Meloon, and Kay Poe by and through their attorneys of record, and USA Taekwondo, Inc., ("USAT") hereby stipulate to the voluntarily dismissal of Plaintiffs' eight claims against USAT as set forth in the operative complaint, Doc. 293, *with prejudice,* each party to bear its own fees and costs. Pursuant to Rule 41(a)(1)(A)(ii), the undersigned parties stipulate to the dismissal of the Plaintiffs' claims against USAT in the above-captioned matter.

(2)     Plaintiff-in-Intervention Markel Insurance Company, Inc., ("MIC"), by and through its attorneys of record, hereby voluntarily dismisses its Complaint-in-Intervention (Doc. 405) and all claims therein against Defendants-in-Intervention Heidi Gilbert, Amber Means, Mandy Meloon, Gabriela Joslin, and Kay Poe ("Underlying Plaintiffs"), and USA Taekwondo, Inc., ("USAT"), and Steven Lopez in the above-captioned matter *with prejudice*, each party to bear its own fees and costs.[1] Pursuant to Rule 41(a)(1)(A)(ii), the undersigned parties stipulate to the dismissal of MIC's claims-in-intervention in the above-captioned matter.

(3)     Further, Underlying Plaintiffs/Defendants-In-Intervention Amber Means, Gaby Joslin, Heidi Gilbert, Mandy Meloon, and Kay Poe stipulate to the dismissal of their Counterclaims against Plaintiff-In-Intervention, MIC (Doc. 411), *with prejudice*, each party to bear its own fees and costs. Pursuant to Rule 41(a)(1)(A)(ii), the undersigned parties stipulate to the dismissal of the counterclaims in the above captioned matter.

---

[1] Defendant Steven Lopez has not served an answer or motion for summary judgment as to Doc. 405, so dismissal is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants-In-Intervention USAT and Underlying Plaintiffs stipulate to the dismissal of MIC's Complaint-In Intervention, pursuant to Rule 41(a)(1)(A)(ii).

This dismissal **does not** affect the claims in the underlying operative complaint, Doc. 293, asserted by Gabriela Joslin and Amber Means against defendant Steven Lopez, which are the sole claims remaining in this action following the dismissals herein.

Dated this 6th day of December, 2021.


Respectfully Submitted by all Parties:

*/s/ Larkin E. Walsh*
Rex A. Sharp
Larkin E. Walsh
Sarah T. Bradshaw
REX A. SHARP, P.A.
4820 West 75th Street
Prairie Village, KS  66208
913-901-0505
913-901-0419 (fax)
rsharp@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

*Attorneys for Underlying Plaintiffs/*
*Defendants-in-Intervention Heidi Gilbert,*
*Amber Means, Mandy Meloon, Gaby Joslin,*
*and Kay Poe*

**GORDON REES**
*s/Thomas B. Quinn (with permission)*
Thomas B. Quinn
Nathan A. Huey
Lillian L. Alves
Gordon & Rees Scully Mansukhani
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
tquinn@grsm.com
nhuey@grsm.com
lalves@grsm.com

*Attorneys for Defendant USA Taekwondo, Inc.*

**LEVIN SITCOFF PC**

*s/Bradley A. Levin (with permission)*
Bradley A. Levin
Kerri J. Rugh
1512 Larimer Street, Suite 650
Denver, Colorado 80202
Telephone: (303) 575-9390
Fax: (303) 575-9385
bal@levinsitcoff.com
kjr@levinsitcoff.com

*Attorneys for Defendant-in-Intervention USA Taekwondo*

*s/Leena Soni (with permission)*
Matthew J. Fink
Leena Soni
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
10 South Wacker Drive, Suite 2100
Chicago, IL 60606
(312) 585-1400/(312) 585-1401
mfink@nicolaidesllp.com
lsoni@nicolaidesllp.com

*Counsel for Intervenor Markel Insurance Company*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing document was filed and served, via the CM/ECF system on December 6, 2021, on all counsel of record.

*(A duly signed original is available at the office of Rex A. Sharp, PA)*

By: <u>Larkin E. Walsh</u>
Attorney for Plaintiffs