**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Case No. 18-cv-981-CMA-MEH**

Amber Means and Gabriela Joslin,

        Plaintiffs,

  vs.

Steven Lopez,

        Defendant.

---

**STIPULATION OF DISMISSAL *WITH PREJUDICE***

---

The parties herein, through their counsel of record, hereby stipulate to the voluntary dismissal of all the claims remaining in the above-captioned matter *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own fees and costs. Upon entry of this dismissal, there will be no claims remaining in this action and the case can be closed.

Dated: March 31, 2022

Respectfully Submitted by all Parties:

*/s/ Howard L. Jacobs* (with permission)
Law Offices of Howard L. Jacobs
31111 Agoura Rd., Suite 225
Westlake Village, California 91361
Telephone: (805) 418-9892
Facsimile: (805) 418-9899
Email: howard.jacobs@athleteslawyer.com

*Counsel for Steven Lopez*

1

*/s/ Larkin E. Walsh*
Rex A. Sharp
Larkin E. Walsh
Sarah T. Bradshaw
REX A. SHARP, P.A.
4820 West 75th Street
Prairie Village, KS 66208
913-901-0505
913-901-0419 (fax)
rsharp@midwest-law.com
lwalsh@midwest-law.com
sbradshaw@midwest-law.com

*Attorneys for Plaintiffs*
*Amber Means and Gaby Joslin*

## **CERTIFICATE OF SERVICE**

This certifies that on March 31, 2022, I transmitted the above document to the Clerk of Court using the CM/ECF system for filing, which will send notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter.

*/s/ Larkin E. Walsh*
Larkin E. Walsh
*Attorney for Plaintiffs Amber Means*
*And Gaby Joslin*